# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| E-CONTACT TECHNOLOGIES LLC<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC., ET AL.<br><br>  Defendants. | CIVIL ACTION NO. 1:11-CV-426<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Plaintiff E-Contact Technologies LLC ("E-Contact") and Defendant Toshiba America Information Systems, Inc. ("TAIS") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). E-Contact and TAIS stipulate that:

1.  E-Contact consents to dismissal with prejudice of all of its claims against TAIS in this suit.

2.  TAIS consents to dismissal with prejudice of all of its claims against E-Contact in this suit.

3.  E-Contact and TAIS shall each bear their own attorney fees and costs incurred in connection with this action.

4.  This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

Dated: April 21, 2013                              Respectfully submitted,

 /s/ Zachariah S. Harrington                       /s/ Patricia D. Chamblin
Zachariah S. Harrington                           Patricia D. Chamblin
Texas Bar No. 24057886                            Texas Bar No. 04086400

| | |
|---|---|
| zac@ahtlawfirm.com<br>Matthew J. Antonelli<br>Texas Bar No. 24068432<br>matt@ahtlawfirm.com<br>Larry D. Thompson, Jr.<br>Texas Bar No. 24051428<br>larry@ahtlawfirm.com<br>ANTONELLI, HARRINGTON &<br>THOMPSON LLP<br>4200 Montrose Blvd., Suite 430<br>Houston, TX 77006<br>(713) 581-3000<br>(713) 581-3020 fax<br><br>*Attorneys for E-Contact Technologies LLC* | patriciachamblin@mehaffyweber.com<br>MEHAFFYWEBER, P.C.<br>Post Office Box 16<br>Beaumont, Texas 77704<br>Telephone: (409) 835-5011<br> Facsimile:  (409) 835-5177<br><br>Katie J.L. Scott<br>*(admitted pro hac vice)*<br>Scottk @dicksteinshapiro.com<br>700 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: 650-690-9561<br>Facsimile:<br><br>Jeffrey Kirk Sherwood<br>sherwoodj@dicksteinshapiro.com<br>1825 Eye Street NW<br>Washington, DC  20006-2201<br>Telephone:  (202) 420-2200<br>Facsimile:  (202) 420-2201 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/ Zachariah S. Harrington
Zachariah S. Harrington